IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JOHNNY ROE,<br>2. SHELBY ROE and<br>3. JACOB ROE,<br><br>    Plaintiffs,<br><br>v.<br><br>1. ZURICH AMERICAN<br>    INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-16-1079-R<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**OF DEFENDANT ZURICH AMERICAN INSURANCE COMPANY**

The parties hereby stipulate to the dismissal with prejudice of Defendant, Zurich American Insurance Company, in the above styled cause.

/s/ T. Luke Abel
_____

T. Luke Abel, OBA #21094
Dacia E. Abel, OBA #30968
ABEL LAW FIRM
900 N.E. 63rd Street
Oklahoma City, Oklahoma 73105
Telephone: (405) 239-7046
Facsimile: (405) 418-0833
label@abellawfirm.com
dabel@abellawfirm.com
**ATTORNEYS FOR PLAINTIFFS**

/s/ Kelsie M. Sullivan
_____

Phil R. Richards, OBA #10457
Kelsie M. Sullivan, OBA #20350

Richards & Connor
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, OK 74103
**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Phil R. Richards, OBA #10457
Kelsie M. Sullivan, OBA #20350
Richards & Connor
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, OK 74103
**ATTORNEYS FOR DEFENDANT**

/s/ T. Luke Abel
_____